No. — — —. REGAN, SECRETARY OF THE TREASURY, ET AL. *v.* TAXATION WITH REPRESENTATION OF WASHINGTON. Motion of Disabled American Veterans and Paralyzed Veterans of America for leave to intervene as party appellants denied. Motion of American Legion for leave to intervene as a party appellee denied. Motion of Veterans of Foreign Wars of the United States for leave to intervene denied. JUSTICE BRENNAN, JUSTICE BLACKMUN, and JUSTICE O'CONNOR would defer further consideration of these motions to the docketing and consideration of the jurisdictional statement.

No. A-1064. HOWELL & HOWELL, INC., ET AL. *v.* LOCAL UNION NO. 118, INTERNATIONAL BROTHERHOOD OF PAINTERS & ALLIED TRADES. Application for injunction pending appeal, addressed to JUSTICE STEVENS and referred to the Court, denied. JUSTICE REHNQUIST took no part in the consideration or decision of this application.

No. A-1084. BROOKS ET AL. *v.* WINTER, GOVERNOR OF MISSISSIPPI, ET AL. D. C. N. D. Miss. Application for stay, presented to JUSTICE WHITE, and by him referred to the Court, denied. JUSTICE REHNQUIST took no part in the consideration or decision of this application.

No. D-270. IN RE DISBARMENT OF MORITZ. Andrew Bruce Moritz, of San Diego, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on May 3, 1982 [456 U. S. 957], is hereby discharged.

No. 81-1044. UNITED STATES POSTAL SERVICE BOARD OF GOVERNORS *v.* AIKENS. C. A. D. C. Cir. [Certiorari granted, 455 U. S. 1015.] Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.